UST-32, 3/03

S. William Manera, Trustee
P.O. Box 44350
Phoenix, AZ 85064-4350
602-795-2796
602-795-2817 (fax)
swm-docs@swmanera.com

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| In re: | Chapter 7 |
|---|---|
| DUSTIN L NELSON<br>CHRISTINE D NELSON | Case No. 08-06198-PHX GBN |
| Debtor(s) | APPLICATION FOR ORDER FOR<br>PAYMENT OF UNCLAIMED FUNDS<br>TO THE U.S. BANKRUPTCY COURT |

S. William Manera, Trustee, reports that the following dividend checks have been issued and not

presented for payment, and more than ninety (90) days has elapsed from the date of issuance.

| CHECK NO. | DATE ISSUED | CREDITOR'S NAME AND ADDRESS | AMOUNT |
|---|---|---|---|
| 2009 | 10/23/09 | Arizona Federal Credit Union<br>5151 N 19th Ave.<br>Phoenix, AZ 85015 | 13.15 |

The Trustee asks that an order be entered pursuant to "347(a) of the Bankruptcy Code directing the

Trustee to pay over the amount of $13.15 to the Clerk of the Court to be deposited in the Registry thereof.

| February 11, 2010 | /s/ S. William Manera |
|---|---|
| DATE | S. William Manera, TRUSTEE |